Mr. Presiding Justice Dibell delivered the opinion of the court.

## Abstract of the Decision.

CONTRACTS, § 387*—*when evidence insufficient to support judgment for plaintiff.* The evidence in an action on a contract examined and *held* insufficient to show defendant liable.

---

## Anna Weltz, Appellee, v. John R. Connell, Appellant.

### Gen. No. 6,110.   (Not to be reported in full.)

Appeal from the Circuit Court of Carroll county; the Hon. JAMES S. BAUME, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 20, 1915. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by Anna Weltz, plaintiff, against John R. Connell, defendant.

The facts in this case are stated in *Weltz v. Connell,* 186 Ill. App. 336. That opinion, reversing and remanding the cause, was based upon the refusal of the court to give instruction No. 17, requested by appellant, which would have told the jury that, before the plaintiff could recover, she must prove by a preponderance of the evidence that misrepresentations relative to the land in question were made by the defendant, that such misrepresentations were false and known by the defendant to be false when made, that the plaintiff was deceived thereby, and that she had been injured because of them. This instruction was given upon the second trial, which also resulted in a verdict for the plaintiff below, followed by a judgment, from which the defendant below has taken this appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

B. K. Welsh and Brearton & Walter, for appellant.

F. J. Stransky, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

## Abstract of the Decision.

1. Vendor and purchaser, § 54*—*when evidence sufficient to sustain verdict.* Evidence in an action for fraud and deceit in exchange of lands and for breach of warranty, examined and *held* to support a verdict for plaintiff.

2. Instructions, § 18*—*when misleading instruction properly refused.* An instruction which states a correct proposition of law is properly refused where giving it would tend to mislead the jury.

## James S. Barton, Appellee, v. Foster Coulson, Appellant.

## Gen. No. 6,115.

1. Joint adventure, § 8*—*when action at law maintainable to recover proceeds of joint adventure.* Where the evidence shows that plaintiff and defendant bought a lot of cattle together and shipped them to another point and sold them there and the transaction resulted in a loss, and that the amount thereof had been ascertained between the parties and one had agreed to pay the other one-half the loss, an action at law may be maintained by the latter against the former to recover the amount so promised.

2. Joint adventure, § 8*—*when statement showing gross and net proceeds and charges admissible.* Where, in an action to recover an amount claimed to be due from defendant to plaintiff on a joint adventure, plaintiff's evidence showed that he obtained a written statement showing the gross proceeds of the sale under such adventure, the charges incurred therein and the net proceeds; that he had bought the commodity at the price agreed upon between him and defendant and that defendant was present and knew what the price was; that the net proceeds showed the loss of a certain amount, and that this statement and result was shown by him to defendant and the latter promised to pay his half thereof, such evidence renders competent the statement from the third person showing the gross and net proceeds and charges.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.